# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CARLOS ZABALA,

       Plaintiff,

v.                                                    Case No: 6:18-cv-1671-Orl-40GJK

MATTRESS FIRM, INC.,

       Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Amended Motion for Approval of Settlement Agreement and Request for Entry of Order of Dismissal (Doc. 24) filed on February 22, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter and noting that a Joint Notice of No Objection (Doc. 26) was filed on February 27, 2019, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 26, 2019 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Amended Motion for Approval of Settlement Agreement and Request for Entry of Order of Dismissal (Doc. 24) is **GRANTED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 28, 2019.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties